# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY ALBERT BERNARD,<br><br>Defendant. | Case No. CR 21-36-GF-BMM<br><br><br><br>ORDER |

Defendant, Larry Albert Bernard, having filed a Motion for Early Termination of Supervision and good cause appearing;

IT IS HEREBY ORDERED the Defendant, Larry Albert Bernard's supervision is terminated.

DATED this <u>7th</u> day of December, 2023.

_____
Brian Morris, Chief District Judge
United States District Court

1